## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| Jay Clark and Sarah Clark, | C/A#: 3:17-cv-1180-JMC |
| Plaintiffs, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Allstate Fire and Casualty Insurance Company, | |
| Defendant. | |

**WHEREAS**, the parties below in the above-referenced action have reached a satisfactory resolution of the issues contained therein and wish to end the same pursuant to Rule 41 of the Federal Rules of Civil Procedure; and

**WHEREAS**, all parties hereto agree to bear their own costs and expenses associated with this action.

The parties hereto, by and through their undersigned counsel agree to dismiss the complaint with prejudice.

CONSENT:
**FINKEL LAW FIRM LLC**

s/Carl D. Hiller
Carl D. Hiller, Fed Bar # 11755
PO Box 1799
Columbia, SC 29202-1799
chiller@finkellaw.com
(803) 765-2935 Ofc
(803) 252-0786 Fax

*Attorney for Plaintiffs*

CONSENT:
**GALLIVAN, WHITE & BOYD, P.A.**

s/A. Johnston Cox
A. Johnston Cox, Fed Bar # 6534
Janice Holmes, Fed Bar # 11366
PO Box 7368
Columbia SC 29202
jcox@gwblawfirm.com
jholmes@gwblawfirm.com
(803) 779-1833 Ofc
(803) 779-1767 Fax

*Attorneys for Defendant Allstate Fire and Casualty Insurance Company*

August 14, 2017